Anh Nguyen (SBN 281925)
anguyen@slpattorney.com
**STRATEGIC LEGAL PRACTICES**
**A PROFESSIONAL CORPORATION**
1840 Century Park East, Suite 430
Los Angeles, CA 90067
Telephone: (310) 929-4900
Facsimile: (310) 943-3838

Attorney for Plaintiffs
AUGUST MINKE and DEEPA BADRINARAYANA

Randolph Thomas Moore (SBN 120041)
rmoore@swlaw.com
**SNELL & WILMER LLP**
600 Anton Boulevard, Suite 1400
Costa Mesa, CA 92626
Telephone: (714) 318-2229
Facsimile: (714) 427-7799

Attorney for Defendant
FORD MOTOR COMPANY

JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AUGUST MINKE and DEEPA BADRINARAYANA,<br><br>Plaintiffs,<br><br>vs.<br><br>FORD MOTOR COMPANY; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No.: 2:18-CV-00970-AB-FFM<br><br>**[PROPOSED] ORDER GRANTING STIPULATION TO DISMISS CASE** |

Based on the Parties' joint stipulation pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) and good cause appearing, the Court **GRANTS** the joint stipulation and **DISMISSES with prejudice** the Complaint as to all parties and claims. The Clerk of Court shall terminate the case. **IT IS SO ORDERED**

Dated: October 06, 2020    _____
United States District Judge